# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| Schaaron L. Martin, | ) | **COURT MINUTES** |
| | ) | BEFORE: Joan N. Ericksen |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | |

| | |
|---|---|
| Case No: | 12-cv-1036 (JNE/AJB) |
| Date: | January 3, 2013 |
| Deputy: | Catherine B. Cusack |
| Court Reporter: | Maria Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 11:06 |
| Time Concluded: | 1:12 |
| Time in Court: | 2 Hours & 6 Minutes |

Officer Michael Young et al.,

Defendant. )

Hearing on:  **Plaintiff's Motion for Partial Summary Judgment** *on the issue of liability* **[17].  For the reasons stated on the record, the motion is denied.**

APPEARANCES:

   Plaintiff:      Joshua R. Williams and Timothy M. Phillips
   Defendant:    Sarah C.S. McLaren

PROCEEDINGS:

   ☐ Plaintiff's Witnesses:
   ☐ Plaintiff' Exhibits:
   ☐ Defendant's Witnesses:
   ☐ Defendant's Exhibits:

\*\*IT IS ORDERED:

   ☐ **Submitted**        ☐ **Sustained**        ☐ **Overruled**
   ☐ Brief time set:
   ☐ Written order forthcoming.

                                                      s/Catherine B. Cusack
                                                       Courtroom Deputy